ADVENTURE TRAILS, INC., Appellant, v LEADING THE WAY TOURS, INC., et al., Respondents.

Submitted April 6, 2009; decided June 9, 2009

Motion, insofar as it seeks leave to appeal from the Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the Appellate Division order dismissing the appeal to that Court, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]).